IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN RE: SHELLI RENEE JOYE AND TERESA M. JOYE,

        Plaintiff,

v.

,

        Defendant.
_____/

No. C-06-02415 SC
NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

RE:
   Bankruptcy Case: 01-30495 DM
   Adversary No.: 05-3262-DM
   BAP No.: NC06-1083
   Appellant:

The appeal has been asigned the following case number C-06-02415 SC before the Honorable Samuel Conti.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 7/7/2006 in Ctrm 1, 17th Floor, SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Apr 6, 2006

                          For the Court
                          Richard W. Wieking, Clerk

By: Deputy Clerk
ANNA SPRINKLES

cc: USBC
    Counsel of Record