1  BILL LOCKYER, Attorney General
   of the State of California
2  RANDALL P. BORCHERDING, State Bar No. 52237
   Supervising Deputy Attorney General
3  KRISTIAN D. WHITTEN, State Bar No. 58626
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
5    Telephone: (415) 703-5589
     Facsimile:  (415) 703-5480
6
   Attorneys for Defendants and Appellants
7  State of California Franchise Tax Board and
   Selvi Stanuslaus, its Executive Officer
8

9              **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| **In re:** | No. C-06-02415 SC |
| **SHELLI RENEE JOYE and TERESA M. JOYE, aka MICHAEL JOYE, MARIA TERESA JOYE & MARIA MENDOZA,** | Bk. Ct. No. 01-30495 DM 13 |
| Debtors, | Adversary No. 05-3262 DM |
| **STATE OF CALIFORNIA FRANCHISE TAX BOARD and SELVI STANISLAUS, Executive Officer of State of California Franchise Tax Board,** | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| **Defendants and Appellants,** | |
| v. | |
| **SHELLIE RENEE JOYE and TERESA M. JOYE, aka MICHAEL JOYE, MARIA TERESA JOYE & MARIA MENDOZA,** | |
| **Plaintiffs and Appellees.** | |

23      The parties to this bankruptcy appeal, through their respective attorneys of record, hereby

24 stipulate that the Status Conference, currently scheduled for July 7, 2006 at 10:00 a.m., be continued

25 to September 22 at 10:00 a.m.

26      The reason for this stipulation is that the record on appeal has not yet been received by this

27 / / /

28 / / /

---

Stipulation to Cont. Status Conf.                                                  No. C-06-02451 SC

1  Court, and the additional time will allow the Bankruptcy Court to prepare and transmit the appellate
2  record to this Court.

3  Dated: June 29, 2006                                BILL LOCKYER, Attorney General
                                                       of the State of California
4
                                                       /s/ Kristian D. Whitten
5                                                      KRISTIAN D. WHITTEN

6                                                      Attorneys for Appellants

7  Dated: June 29, 2006                                LAW OFFICES OF ROBERT N. KOLB

8

9                                                      /s/ Robert N. Kolb
                                                       ROBERT N. KOLB
10
                                                       Attorneys for Appellees

IT IS SO ORDERED

Judge Samuel Conti

6/30/06

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

Stipulation to Continue Status Conference                                        Case No. C-06-02415 SC

2

## DECLARATION OF SERVICE
(AG Mailroom)

Case Name: *Shelli Renee Joye, et al. v. State Franchise Tax Board*
Case No.: **C-06-02415 SC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 29, 2006, I served the attached **STIPULATION TO CONTINUE STATUS CONFERENCE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102, addressed as follows:

**Robert N. Kolb, Esq.**
**312 West 4th Street**
**Antioch, CA 94509**
*Attorney for Plaintiffs*

**David Burchard, Trustee**
**P. O. Box 8059**
**Foster City, CA 94404**

**Carissa Lynch, Esq.***
**Franchise Tax Board, Legal Div., A-260**
**P. O. Box 1720**
**Rancho Cordova, CA 95741-1720**

**Mike Winchester***
**Special Procedures Section**
**Franchise Tax Board**
**P. O. Box 2952**
**Sacramento, CA 95812-2952**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 29, 2006, at San Francisco, California.

| Marlene Dong | /s/ Marlene Dong |
|---|---|
| Typed Name | Signature |

*Courtesy copy