ROBERT N. KOLB
Attorney at Law[1]
312 West 4th Street
Antioch, CA 94509

(925) 778-3333
(925) 943-6110

**Attorney for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| In re: | No. C-06-02415 |
| SHELLI RENEE JOYE and TERESA M. JOYE, aka MICHAEL JOYE, MARIA TERESA JOYE & MARIA MENDOZA | Bk. No. 01-30495 DM 13 |
| Debtors. | Adversary No. 05-3262 DM- |
| SHELLI RENEE JOYE and TERESA M. JOYE, aka MICHAEL JOYE, MARIA TERESA JOYE & MARIA MENDOZA | **STIPULATION TO MODIFY BRIEFING SCHEDULE** |
| **Plaintiffs** | |
| v. | |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD and GERALD GOLDBERG, Executive Director of State of California Franchise Tax Board, | |
| **Defendants** | |

Subject to approval of the above entitled court, the parties hereto agree and stipulate that appellants shall serve and file their opening brief on or before November 8, 2006 and appellees shall serve and file their brief in response to appellants' opening brief on or before December 22, 2006. Appellants shall serve and file their reply brief on or before January 17, 2007. In all other respects the briefing schedule dated and filed hereon on September 6, 2006 shall remain in full force and effect.

---

[1] **Stipulation to Modify Briefing Schedule**

- 1 -

1 | Dated;    September 20,2006

2 |           /S/ Robert N. Kolb
ROBERT N. KOLB, Attorney for Appellees

3 | Dated:    September 20, 2006

BILL LOCKYER, Attorney General
of the state of California

    /S/ Kristian D. Whitten
KRISTIAN D. WHITTEN

Attorneys for appellants

IT IS SO ORDERED

*Samuel Conti*

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA